UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

LORI ANN ACQUISTO,

                Plaintiff,

      v.                                          **ORDER**
                                              11-CV-803-A

MANITOWOC FSG OPERATIONS, LLC,
f/k/a MANITOWOC FSG OPERATIONS, INC.,
and MANITOWOC ICE, INC.,

                Defendant.

      This case was referred to Magistrate Judge Jeremiah J. McCarthy pursuant to 28 U.S.C. § 636(b)(1).  On July 23, 2012, plaintiff Lori Ann Acquisto moved for sanctions pursuant to Fed. R. Civ. P. 11(c) for an allegedly frivolous motion for summary judgment filed on behalf of a prior defendant.  Plaintiff Acquisto also filed on July 23, 2012, a motion seeking an order requiring the defendant to show cause, pursuant to § 2.3(B) of this Court's ADR Plan for pre-trial mediation, why the defendant should not be sanctioned for failure to participate in the ADR process in good faith.

      On August 1, 2012, Magistrate Judge McCarthy filed a Report and Recommendation recommending that both of plaintiff Acquisto's motions be denied.  Plaintiff filed objections to the Report and Recommendation on August

16, 2012.  Defendant filed a response thereto and plaintiff filed a reply to the response.

Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made.  Fed. R. Civ. P. 72(b); *see United States v. Male Juvenile*, 121 F.3d 34, 38 (2d Cir. 1997).  The Court reviews unobjected-to findings for clear error.  *Charvenko v. Barbera,* 2011 WL 1659882 at *1 (W.D.N.Y. May 3, 2011).

Upon careful review of the Report and Recommendation, for the reasons stated by Magistrate Judge McCarthy, plaintiff's motions for sanctions [Dkt. Nos. 24, 25] are denied.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: October 3, 2012